240 So.2d 742

STATE of Louisiana

v.

Effie MALLORY.

No. 50994.

Nov. 23, 1970.

Application denied. The showing made does not reveal that the judge has abused his discretion.

240 So.2d 743

STATE of Louisiana ex rel. Leon COSEY

v.

C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.

No. 50984.

Nov. 23, 1970.

Application denied. The record and minutes of the Court below show that applicant is not entitled to the relief prayed for.